FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 APR 14 PM 5:01

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| HEZEKIAH MURDOCK | ) | |
| | ) | |
| v. | ) | Case No. CV414-041 |
| | ) | CR410-159 |
| UNITED STATES OF AMERICA | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

objections have been filed. Accordingly, the Report and Recommendation of

the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this __14__ day of __April__, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA